# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | RE: **Ramiro Martinez Jr**<br>**Docket Number: 0972 2:17CR00050-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Ramiro Martinez, Jr. is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico. Ramiro Martinez, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 4, 2013, Ramiro Martinez, Jr. was sentenced in the District of Arizona for the offenses of 21 USC 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute Methamphetamine (Class A Felony).

On March 23, 2017, jurisdiction was transferred to the Eastern District of California – Sacramento.

**Sentence Imposed:** 51 months custody of the Bureau of Prisons, 60 months Supervised Release, $100 Special Assessment (Paid)

**Dates and Mode of Travel:** June 30, 2017, through July 4, 2017. Will be driving own personal vehicle: 1996 Ford Explorer, License Plate# BYD4749.

**Purpose:** To visit wife and children.

**RE:     Ramiro  Martinez Jr**
**        Docket Number:  0972 2:17CR00050-001**
**        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**


Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:   June 29, 2017
         Fresno, California
         TDM/rmv


**REVIEWED BY:**          /s/ Rick Tarazon  for
                         **Brian J. Bedrosian**
                         **Supervising United States Probation Officer**

---

# ORDER OF THE COURT

**The Court orders:**

  ☒ Approved   ☐ Disapproved

**DATED:  6/30/2017**

                                        /s/ John A. Mendez_____
                                        John A. Mendez, U.S. District Court Judge