## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | RE: **Ramiro Martinez, Jr.**<br>**Docket Number: 0972 2:17CR00050-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Ramiro Martinez, Jr. is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico. Ramiro Martinez, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 4, 2013, Ramiro Martinez, Jr. was sentenced in the District of Arizona for the offense of 21 USC 841(a)(1) and (b)(1)(A)(viii, Possession with Intent to Distribute Methamphetamine (Class A Felony). On March 23, 2017, jurisdiction was transferred from the District of Arizona to the Eastern District of California.

**Sentence Imposed:** 63 months custody of the Bureau of Prisons; 5 years Supervised Release; and $100 Special assessment (Paid).

**Dates and Mode of Travel:** From September 12, 2017, through September 27, 2017. Travelling by bus.

**Purpose:** To visit wife and children.

**RE: Ramiro Martinez Jr
Docket Number: 0972 2:17CR00050-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated: August 29, 2017
Fresno, California
TDM/rmv

**REVIEWED BY:** /s/ Brian J. Bedrosian

**Brian J. Bedrosian
Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

**DATED: 8/31/2017**      **/s/ John A. Mendez**
John A. Mendez, U.S. District Court Judge