UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE: **Ramiro Martinez, Jr.**
**Docket Number: 0972 2:17CR00050-001**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

Ramiro Martinez, Jr. is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico. Ramiro Martinez, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 4, 2013, Ramiro Martinez, Jr. was sentenced in the District of Arizona for the offense of 21 USC 841(a)(1) and (b)(1)(A)(viii), Possession with Intent to Distribute Methamphetamine (Class A Felony). On March 23, 2017, jurisdiction was transferred from the District of Arizona to the Eastern District of California.

**Sentence Imposed:** 63 months custody in the Bureau of Prisons; 5 years Supervised Release; and $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From December 23, 2017, through January 8, 2018. Traveling by bus.

**Purpose:** To visit wife and children.

1

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE: Ramiro Martinez Jr**
    **Docket Number: 0972 2:17CR00050-001**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:   November 21, 2017
         Fresno, California
         TDM/rmv

**REVIEWED BY:**      **/s/ Brian J. Bedrosian**
                     **Brian J. Bedrosian**
                     **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

**Dated:  November 28, 2017**

**/s/ JOHN A. MENDEZ**
United States District Court Judge