**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez      **RE: Ramiro Martinez, Jr.**
United States District Judge           **Docket Number: 0972 2:17CR00050-001**
Sacramento, California                **PERMISSION TO TRAVEL**
                                                   **OUTSIDE THE COUNTRY**

Your Honor:

Ramiro Martinez, Jr. is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico. Ramiro Martinez, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 4, 2013, Ramiro Martinez, Jr. was sentenced in the District of Arizona for the offense of 21 USC 841(a)(1) and (b)(1)(A)(viii), Possession with Intent to Distribute Methamphetamine (Class A Felony). On March 23, 2017, jurisdiction was transferred from the District of Arizona to the Eastern District of California.

**Sentence Imposed:** 63 months custody in the Bureau of Prisons; 5 years Supervised Release; and $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From January 26, 2018, through January 29, 2018. Traveling by bus.

**Purpose:** To take his daughter back home with his wife.

1

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:	Ramiro Martinez Jr
	Docket Number:  0972 2:17CR00050-001
	PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Adrian Garcia

Adrian Garcia
United States Probation Officer

Dated:	January 11, 2018
	Fresno, California
	TDM/rmv

**REVIEWED BY:**	   /s/ Tim Mechem
	**Tim D. Mechem
	Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

**DATED:**  1/16/2018	/s/ John A. Mendez_____
	John A. Mendez, U. S. District Court Judge