**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | RE: **Ramiro Martinez, Jr.**<br>**Docket Number: 0972 2:17CR00050-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Ramiro Martinez, Jr. is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico. Ramiro Martinez, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 4, 2013, Ramiro Martinez, Jr. was sentenced in the District of Arizona for the offense of 21 USC 841(a)(1) and (b)(1)(A)(viii), Possession with Intent to Distribute Methamphetamine (Class A Felony). On March 23, 2017, jurisdiction was transferred from the District of Arizona to the Eastern District of California.

**Sentence Imposed:** 63 months custody in the Bureau of Prisons; 5 years Supervised Release; and $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From March 30, 2018, through April 6, 2018. Traveling by bus.

**Purpose:** Visiting his wife and children.

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:   Ramiro Martinez, Jr.
       Docket Number:  0972 2:17CR00050-001
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Adrian Garcia
Adrian Garcia
United States Probation Officer

Dated:   March 28, 2018
         Fresno, California
         AG/dp

**REVIEWED BY:**         /s/ Tim D. Mechem
                         **Tim D. Mechem
                         Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

**DATED:  3/29/2018**           /s/ John A. Mendez_____
                                John A. Mendez, U. S. District Court Judge