UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez     RE: **Ramiro Martinez, Jr.**
United States District Judge         **Docket Number: 0972 2:17CR00050-001**
Sacramento, California               **PERMISSION TO TRAVEL**
                                     **OUTSIDE THE COUNTRY**

Your Honor:

Ramiro Martinez, Jr. is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico. Ramiro Martinez, Jr. is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 4, 2013, Ramiro Martinez, Jr. was sentenced in the District of Arizona for the offense of 21 USC 841(a)(1) and (b)(1)(A)(viii), Possession with Intent to Distribute Methamphetamine (Class A Felony). On March 23, 2017, jurisdiction was transferred from the District of Arizona to the Eastern District of California.

**Sentence Imposed:** 63 months custody in the Bureau of Prisons; 5 years Supervised Release; and $100 Special Assessment (Paid).

**Dates and Mode of Travel:** From June 28, 2018, through July 2, 2018. Traveling by bus.

**Purpose:** Visiting his wife and children.

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:    Ramiro Martinez, Jr.**
      **Docket Number:  0972 2:17CR00050-001**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:    June 19, 2018
          Fresno, California
          AG/dp

**REVIEWED BY:**        *Tim D. Mechem*
                        **Tim D. Mechem**
                        **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

**DATED:  6/22/2018**            /s/ John A. Mendez_____
                                 John A. Mendez, U.S. District Court Judge